# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana
Indianapolis Division



**FILED**
**11/17/2023**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

Brian Teckenbrock
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Dr. Wilson, et. al
Dr. Seibolt, et. al.
Sheriff Jack Saddler, et. al.
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:23-cv-02089-JMS-KMB
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brian Wayne Teckenbrock
All other names by which you have been known: N/A
ID Number: 42546
Current Institution: Hendricks County Jail
Address: P.O Box 87
Danville, IN 46122
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Dr. Seibolt
Job or Title *(if known)*: Former Provider for Hendricks County Jail
Shield Number:
Employer: Advanced Correctional Healthcare
Address:
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Hendricks County Sheriff Jack Saddler
Job or Title *(if known)*: Sheriff
Shield Number:
Employer: Hendricks County Sheriff Department
Address: P.O. Box 87
Danville, IN 46122
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Defendant No. 3
Name: Deputy Bridges
Job or Title (if known): Deputy for jail
Shield Number:
Employer: Hendricks County Jail
Address: P.O. Box 87
Danville, IN 46122
City / State / Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Deputy Harding
Job or Title (if known): Deputy for Jail
Shield Number:
Employer: Hendricks County Jail
Address: P.O. Box 87
Danville, IN 46122
City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Refusal of medications, medical malpractice
Civil rights, HIPPA laws, (8)(14) amendment, neglegance

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____ N/A _____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____ See Attached _____

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____ N/A _____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_____ See Attached _____

C. What date and approximate time did the events giving rise to your claim(s) occur?

*See Attached*

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See attached*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*See Attached*

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*See Attached*

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Hendricks County Jail P.O. Box 87 Danville IN 46122

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? 1 My medication refusal, by the provider by the Jail and by the Capt. Per a court order on July 11, 2023
2. The nursing staff put Colnidine in my meds for 2 weeks without my knowledge causing me health issues and bottoming my blood pressure to dangerously low level.
3. I grieved the breaking of the HIPPA by Deputy Bridges and Deputy Hardin's on two different occasions.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Hendricks County Jail yellow block

2. What did you claim in your grievance?

   Refusal of medications, neglegance, HIPPA laws

3. What was the result, if any?

   HIPPA - Nothing Done

   Refusal of meds - nothing Done   neglegance - nurses educated
   new procedures put in place

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   yes plantiff issued grievances all the way to the captain, the medical grievance's were answered by medical and no further than that, no responce from sheriff saddler

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____N/A_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____N/A_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _No Additional information besides Grievances and court orders_

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   N/A

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)     N/A
   Defendant(s)     N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition     N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-5-2023

Signature of Plaintiff: Brian Teckenbrock
Printed Name of Plaintiff: Brian Teckenbrock
Prison Identification #: 42546
Prison Address: P.O. Box 87
Danville, IN 46122

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City, State, Zip Code:
Telephone Number:
E-mail Address:

I. B. The Defendant(s) (cont.)

Defendant No. 5
- Name: Nurse Jami
- Job or title: RN for Hendricks County Jail
- Shield Number: 
- Employer: Hendricks County Jail
- Address: P.O Box 87 Danville IN 46122

Defendant No. 6
- Name: Dr. Wilson
- Job or Title: Provider for Hendricks County Jail
- Shield Number: 
- Employer: Hendricks County Jail
- Address: P.O. Box 87 Danville IN 46122

II

B. The plantiffs civil rights and his (8th) and (14th) constitutional rights were violated. Also HIPPA laws were violated. The length of time a pretrial detainee is subject to adverse conditions of confinement is an important factor in stating a claim.

II (cont) D. Defendants (2)(3)(4) Sheriff Jack Saddler Defendant (2) trained and hired Defendants (3)(4). Also Defendant (2) hired the medical staff at his jail to treat the inmates. Defendant (3) Deputy Bridges violated the plantiff's Constitutional rights and HIPPA laws by involving hisself in the plantiffs provider visit going over medical records and asking questions when his only duty as deputy was to secure the room and keep the safety of everyone. Defendant (4) violated the plantiffs const.tutional rights by placing herself in a dr visit with the plantiff and provider when her only job was to secure room and keep the safety of every one in the room. Defendant (1) violated the plantiffs constitutional rights by refusing the plantiff medications that were state court ordered. Also giving the plantiff medicine on top of medicine causing health issues to the plant.ff. Defendant (5) violated the plantiffs rights by refusing him adequate medical treatment to his serious health needs. Defendant (6) violated plantiffs right by denying him medications that were crucial to his serious medical needs. This plauseability requires facts that alleged that the defendants acted unlawfully and neglegant.

IV   B.  Plantiffs Constitutional Right were violated first by refusing a state court order from Judge Daniel Zielinski that was issued on July 11, 2023 to provide the plantiff three medications that were important to his serious medical needs. Plantiff had been taking these meds for several years before being incarcerated. Defendant (1) prescribed the plantiff a medication called Colnidine which was to be given to him on a as needed basis with blood pressure checks for (5) days. This order was given to plantiff in the first week of September. After those orders were carried out nurses who work under defendant (1) gave Colnidine to the plantiff (2) times daily for the next two weeks causing the plantiff to black out daily, have headaches, and always sleeping. After this two weeks the plantiff put in a nurse sick call on September 20, 2023 telling the nurses about his black outs, headaches, and be always tired. Nurse (Jane Doe) came to the block on September 21, 2023 at this time the nurse checked the plantiffs blood pressure with the reading being (100/48) im which is very dangerously low. In which Jane Doe advised the plantiff at this time. The nurse then asked the plantiff had he been taking this Colnidine. The plantiff advised the nurse he did not know due to the nurses controled his medication. The nurse then told the plantiff he had been taking it without his knowledge this causing his blood pressure to drop so low and causing his blackouts, headaches, and always tired. She then advised the plantiff they would stop his original blood pressure medication lisinopril, to get his blood pressure back to normal and keep a close eye on it.

-1-

IV   B. (cont).   At this time the plantiff filed his first grievance on this issue of neglegance. On September 22, 2023 the plantiff recieved his grievance back that was answered by medical stating the nurses were now educated about as-needed medications and a new protocol was put in place due to this neglagance in which could have caused serious issues placing the plantiff on a chronic care list at the jail and the jail making an outside appointment with his cardioligist to be sure there was no damage done. On September 28, 2023 the plantiff had a follow up visit with a new provider at the jail (Abraham). The follow-up visit was due to the neglegance of the nurses in the Colnidine incedent. While visiting in the yellow attorney visit room with Dr. Abraham and Nurse Brad the two of them had a list of the plantiff's medications that they were going over with the plantiff so the medications could be adjusted. At this time Defendant (3) was in the room to make sure everyone was safe and secure that was his only task as a deputy that worked under Defendant (2). Defendant (3) walked over to the table that the Dr, the plantiff and nurse were seated at and started scrolling his finger over the plantiffs medication list in front of Nurse Brad asking the plantiff what all those meds where and why he took so many, going above his job title as a deputy and also breaking HIPPA law by putting hisself in the visit and asking things that were private and confidential. On October 21, 2023 the plantiff filed his first grievance on this matter. On October 23, 2023 the plantiff had another visit with the provider for another medication adjustment. Defendant (4) took the plantiff to Medical at (12:30p). At this time Nurse Brad and Dr Abraham were in

-2-

IV   B.(cont)   in room waiting on the Plantiff. Defendant(4) her job was to secure the room and keep the Dr, plantiff, and nurse safe. As the plantiff was talking to the Dr about his medication Defendant(4) started saying what the medication was and what milligrams it was inserting herself in a conversation which was a violation of plantiff's civil rights and HIPPA laws. This was the second incident where Defendant(3)(4) violated the plantiff's civil rights and HIPPA laws. There only duty as a deputy was to secure and keep everyone safe. At this point of visit the plantiff was placed on chronic care with blood pressure checks 2x a day. On November 1, 2023 a new medical team took over for the jail. The plantiff's medications were taken and changed without his knowledge. On November 3, 2023 the plantiff went to medline at 9:30pm the new nurse Defendant(5) refused the plantiff a blood pressure check in which the plantiff told her he was to have them 2x a day. On November 4, 2023 plantiff was on a visit at (10:34 Am) with the new provider Defendant (6) in which the plantiff was discussing his medications had been changed or discontinued, at this time the defendant refused him tylenol for pain and ended the visit without any changes refusing the plantiff medicine that was very important to his serious medical needs. This medicine the plantiff had been taking for the past (9) months of being incarcerated.

— 3 —

## V. Injuries

The plantiff feels that his blood pressure not being under control for several months due to alternative meds not working and neglegance and not giving him the right medications for his CAD, his pinched nerve, and blood pressure issues put damage on his heart. He still is awaiting a outside visit to his cardiologist to check if any damage has been done due to neglegance. The plantiff suffered blackouts, anxiety attacks on the daily, constantly in pain which all due to alternative medications and not treating his medical conditions with the proper medications he had been taking for more than (4) years prior to be incarcerated. The plantiff is still being denied by the jail meds for his serious medical conditions due to the courts not hearing him on his order for the proper medication. So he feels all of this put strain and damage to his heart that he has had surgery on twice taking years of his life. He has not recieved a second opinion he is still waiting on appointment after (10) months of being at HCJ and going thru the issues he has endured.

IV C. July 11, 2023
September 3, 2023 to September 20, 2023 daily
September 28, 2023    12:30 pm
October 20, 2023    1:00 pm
November 3, 2023    9:30 pm
November 4, 2023    10:30 am

D. The plantiff's civil rights were violated by not recieving adiquate medical treatment for his serious medical needs. Also his blood pressure was not kept under control for several months causeing the plantiff to blackout, headaches pain and restless nights. The plantiff has had two serious heart attacks over the past 6 years with the last one being July 2, 2022 with surgery. Also the plantiff got a ~~state~~ court order to recieve meds that was denied by jail and staff and was set for hearing and now (4) months later still not been heard. The plantiff's rights were broken by HIPPA laws by deputy's at the jail. Nurse (Brad) was present at several of these events. Also the plantiff has two bunkies Derick Webster, Kevin Hamilton witnessed the side effects of the plantiff due to the jail giving alternative meds instead of the ones he was issued a court order for. The plantiff screamed in dreams nightly, had anxiety attacks daily and was always in pain. The plantiff also went to see a counsler in the jail (Ms Lisa) who was seeing plantiff regularly to vent about his issues and concerns.

## VI  Relief

The plantiff would like the court to investigate and fix the lack of staff for inmate medical needs at the HCJ. Also to see the Deputys to be properly trained or retrained by HIPPA laws and what the job title is. The neglegance of nurses not watching medications and having to be educated things that could cause inmates serious health isshes. The plantiff also wants the jail to have more staff than they do medical and deputys. Also the plantiff is asking for $750,000.00 for pain and suffering for past 10 months and punitive damages due to his denial of medicines for his serious medical needs and for his civil right being violated by jail staff. The plantiff would love to see changes in the jail not only for him but for all inmates at HCJ. Also the courts to take complaints and motions for proper care for inmates to be inforced. Plantiff wants to be seen by cardiologist and test's done to his heart to make sure no damage has been done. He would also like the trial court to hear him on his medication order placed by Judge Zeilinsk..