United States District Court
Southern District

Brian W. Teckenbrock,
    plantiff,

v.

Seibold et. al.,
Wilson et. al.,
Nurse Jami
    defendants.

Cause no. 1:23-cv-02089-JMS-KMB

FILED
08/29/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Motion For Default Judgement

Pursuant to Rule 55, Fed. R. Civ. P., plantiff asks the court to find Default Judgement in the amount of ($350,000.00) on N.P Seibold and ($140,000.00) on Dr Wilson and the enity they both represent for the following reasons:

1. The defendants have failed to plead or otherwise defend thereselves and there enity's they represent in the time allowed by Federal Rules.

2. Neither defendants are minors or incompetent to either hire counsel or represent themselves on this claim.

3. Plantiff would ask that defendant Nurse Jami be removed from claim without prejudice.

4. The amount to be due to the plantiff by the two defendant's and there enity shall be $490,000.00 for violation of the plantiffs fourteenth amendment, and for Medical Malpractice, and deliberate indifferences.

5. Defendant's also are to pay any fines by the court and any fines that were accumulated by Nurse Jami attorney fines.

Respectfully Submitted,
Brian W. Teckenbrock pro-se
Hamilton County Jail
18102 Cumberland Rd.
Noblesville, IN 46060
August 26, 2024