UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN WAYNE TECKENBROCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-02089-JMS-KMB |
| SEIBOLT, et al., | ) ) ) |
| Defendants. | ) |

**Order Acknowledging Stipulation of Dismissal**

The stipulation of dismissal of the claims against defendant Nurse Jami Trevarrow, dkt. [75], is **acknowledged**. The claims against Nurse Trevarrow are **dismissed with prejudice**.

**IT IS SO ORDERED.**

September 24, 2024

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

BRIAN WAYNE TECKENBROCK
42546
HAMILTON COUNTY JAIL
18102 Cumberland Rd.
Noblesville, IN 46060

Sean Thomas Devenney
DREWRY SIMMONS VORNEHM, LLP (Carmel)
sdevenney@dsvlaw.com

Melanie A. Kalmbach
DREWRY SIMMONS VORNEHM, LLP (Carmel)
mkalmbach@dsvlaw.com